UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:25-CV-0004-CRS-LLK

RONALD BEACH PETITIONER

v.

UNITED STATES OF AMERICA RESPONDENT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner, proceeding *pro* se, filed this action for habeas corpus relief pursuant to 28 U.S.C. § 2241. This matter is now before the Court on the Report and Recommendation filed by United States Magistrate Judge Lanny King (DN 18) (the "Report"). Magistrate Judge King has recommended that the Petition be denied for lack of jurisdiction. Report, DN 18, at PageID# 59. Magistrate Judge King also concluded that a certificate of appealability is not warranted in this case. *Id.* at PageID# 64. The Report advised the parties that any objections must be filed within fourteen (14) days of service. *Id*. The time to file objections has passed, and neither party has filed an objection. As a result, this Court is not required to review the Report under any standard, "*de novo* or any other . . . ." *Thomas v. Arn*, 474 U.S. 140, 151 (1985). Nevertheless, this Court has conducted its own review and finds no error. Accordingly, **IT IS HEREBY ORDERED** as follows:

1. The Report of the United States Magistrate Judge Lanny King (**DN 18**) is **ACCEPTED** in whole and **INCORPORATED** by reference herein.

2. A separate judgment shall issue this date.

November 3, 2026

Charles R. Simpson III, Senior Judge
United States District Court